IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ARON HAWKINS                                                                                          PETITIONER

V.                                                                            CAUSE NO. 3:21-CV-00165-MPM-DAS

WARDEN RICE, et al.                                                                                 RESPONDENTS

ORDER SEALING DOCUMENTS

As the instant petition for a writ of *habeas corpus* and supporting documents reveal the name of a minor child and victim of sexual assault, the Clerk of the Court is **DIRECTED** to restrict access to these documents to parties only.

**SO ORDERED**, this the 25th day of October, 2021.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**