IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ARON HAWKINS**                                                                                                      **PETITIONER**

**V.**                                         **CAUSE NO. 3:21-CV-00165-MPM-DAS**

**WARDEN RICE, et al.**                                                                **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered today, Respondents' motion to dismiss [8] is **GRANTED**, and the instant petition is **DISMISSED WITH PREJUDICE**. A certificate of appealability is **DENIED**.

**SO ORDERED** this, the 30th day of November, 2021.

                                               **/s/ Michael P. Mills**
                                               **SENIOR U.S. DISTRICT JUDGE**
                                               **NORTHERN DISTRICT OF MISSISSIPPI**